UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **EDWARD MOSES JR** | **CASE NO. 6:21-CV-00450** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **JOHN BEL EDWARDS, ET AL.** | **MAG. JUDGE CAROL B. WHITEHURST** |

### JUDGMENT

On March 31, 2021, United States Magistrate Judge Carol B. Whitehurst issued a Report and Recommendation [ECF No. 8], recommending that this matter be dismissed with prejudice. After an independent review of the record, and consideration of the objections filed, the Court hereby ADOPTS the findings and conclusions set forth therein, with the exception of the two full paragraphs on page 4. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that all claims asserted in this suit are **DISMISSED WITH PREJUDICE** for lack of jurisdiction, because the claims are frivolous pursuant to *Atakapa Indian de Creole Nation v. Louisiana*, 943 F.3d 1004 (5th Cir. 2019).

THUS DONE in Chambers on this 5th day of May, 2021.

_____
**ROBERT R. SUMMERHAYS**
**UNITED STATES DISTRICT JUDGE**